# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                          **Case No. 24-CR-18**

LORENZO J. WASHINGTON,

        Defendant.

## RECOMMENDATION AND ORDER

Lorenzo J. Washington is charged with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(8). (ECF No. 1.) He argues that prohibiting him from possessing a firearm violates the Second Amendment. Therefore, he asks the court to dismiss the indictment. (ECF No. 13.)

As the judges of this court have explained in recent months, prohibiting persons convicted of any felony from ever being able to possess a firearm is consistent with the history and tradition of the Second Amendment. *United States v. Neal*, No. 23-cr-0141-bhl, 2024 U.S. Dist. LEXIS 75356, at *9 (E.D. Wis. Apr. 25, 2024) (Ludwig, J.); *United States v. Davis*, No. 22-CR-210-JPS, 2024 U.S. Dist. LEXIS 22134 (E.D. Wis. Feb. 8, 2024) (Stadtmueller, J.); *United States v. Johnson*, No. 22-CR-254, 2023 U.S. Dist. LEXIS 197650

(E.D. Wis. Nov. 3, 2023) (Adelman, J.); *United States v. Watson*, No. 23-CR-109, 2023 U.S. Dist. LEXIS 182631 (E.D. Wis. Oct. 11, 2023) (Griesbach, J.); *see also United States v. Contreras*, No. 23-CR-185, 2024 U.S. Dist. LEXIS 59247, at *18 (E.D. Wis. Apr. 1, 2024) (Duffin, M.J.); *United States v. Neal*, No. 23-CR-141, 2023 U.S. Dist. LEXIS 237450 (E.D. Wis. Oct. 17, 2023) (Duffin, M.J.); *United States v. Denruyter*, No. 23-CR-155, 2023 U.S. Dist. LEXIS 209398 (E.D. Wis. Oct. 17, 2023) (Joseph, M.J.); *United States v. Washington*, No. 23-CR-35, 2023 U.S. Dist. LEXIS 235498 (E.D. Wis. Sep. 15, 2023) (Joseph, M.J.); *United States v. Davis*, Case No. 22-CR-189, ECF No. 31 (E.D. Wis. Feb. 27, 2023) (Dries, M.J.); *cf. N.Y. State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1, 22, 142 S. Ct. 2111, 2128, 213 L.Ed.2d 387, 408 (2022).

Therefore, the statute is neither facially unconstitutional nor unconstitutional as applied to Washington, and the court will recommend that the motion to dismiss be denied.

**IT IS THEREFORE RECOMMENDED** that Washington's motion to dismiss be **denied**.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Crim. P. 59(b)(2), any written objection to any recommendation herein or part thereof shall be filed within fourteen days of service of this recommendation or

2

prior to the Final Pretrial Conference, whichever is earlier. Failure to timely object waives a party's right to review.

Dated at Milwaukee, Wisconsin this 14th day of May, 2024.

WILLIAM E. DUFFIN
U.S. Magistrate Judge